UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-23406-CIV-SEITZ/WHITE

ANGEL BARREIRO,

          Plaintiff,

v.

DISTRICT ATTORNEY RUNDEL,

          Defendant.
_____/

## ORDER GRANTING MOTION TO REOPEN CASE

THIS CAUSE is before the Court on Plaintiff's Objection to Court Order [DE-10], which the Clerk has docketed as a Motion for Reconsideration, and Plaintiff's Petition for Recalling of Decision [DE-13], which the Court will treat as a motion to reopen this case. In its January 4, 2013 Order Adopting Report and Closing Case [DE-8], the Court adopted the Report of Magistrate Judge White, which recommended that Plaintiff's case be dismissed for failure to comply with Court orders. Plaintiff had previously been ordered to file a more detailed *in forma pauperis* motion containing his six month prison account statement, as required by 28 U.S.C. § 1915(a) & (b). Plaintiff failed to file the required documents or otherwise respond to the Court's order. Plaintiff also failed to file any objections to the Magistrate Judge's Report recommending dismissal of Plaintiff's case. Plaintiff now seeks to reopen his case because, he never received the Magistrate Judge's orders or the Magistrate Judge's Report. Thus, Plaintiff argues that he was unable to comply with the order or object to the Report. Plaintiff has subsequently submitted the documentation required by the Magistrate Judge's prior order. Accordingly, it is

        ORDERED that:

(1) Plaintiff's Objection to Court Order [DE-10] and Plaintiff's Petition for Recalling of Decision [DE-13] are GRANTED. The Clerk is DIRECTED to REOPEN this case.

(2) This matter is REFERRED to Magistrate Judge White for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters.

DONE and ORDERED in Miami, Florida, this 20th day of August, 2013.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge White
All Counsel of Record /*Pro se* parties